UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| -versus- | ) | CRIMINAL NO.: 2:22-CR-139 |
| | ) | |
| CORNELIUS WALKER, | ) | MOTION FOR |
| | ) | BILL OF PARTICULARS |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Cornelius Walker by and through his undersigned attorney, Francis J. Cornely, who respectfully moves the Court, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, that the Government be ordered to more particularly state the facts requested herein:

As to the Criminal Complaint, the Defendant hereby moves that the Government more particularly state:

    a.    List the names of all un-arrested co-conspirators presently known to the Government and their addresses at the time of their alleged participation in the alleged conspiracy.

    b.    With regard to each co-conspirator referred to in the Criminal Complaint, state:

        a)    The acts performed by each unindicted co-conspirator in furtherance of the alleged conspiracy, including the time and place of each such act.

        b)    The substance of any statements made by each un-arrested co-

conspirator in furtherance of the alleged conspiracy, including the time and place of each statement(s), the person or persons to whom each statement was communicated, whether such statement was oral or written and the person or persons in whose presence the statement(s) was made.

   c)  The date on which each un-arrested co-conspirator joined the alleged conspiracy.

 c.  Identify the specific quantity of marijuana which was the subject of the alleged conspiracy including:

   a)  Method and means of proposed delivery of said marijuana;

   b)  Time and date of proposed delivery of said marijuana;

   c)  Place of proposed delivery of said marijuana;

   d)  Person(s) responsible for the proposed delivery of said marijuana;

   e)  Person(s) responsible for the receipt of said marijuana; and

   f)  Person(s) having actual or constructive possession of said marijuana and amount thereof.

 d.  Identify the specific price of the marijuana which was the subject of the conspiracy including:

   a)  Method and means of payment for said marijuana;

   b)  Person(s) having actual or constructive possession of said marijuana;

   c)  Person(s) responsible for delivery of said money;

   d)  Person(s) responsible for receipt of said money;

   e)  Time, date and place of all above financial transactions;

    f)  Location, date and time of seizures of any and all currencies and exact amounts thereof obtained during the investigation of the alleged conspiracy.

 e. State:

    a)  The date and place that each Defendant joined the alleged conspiracy.

    b)  Which Defendant the Government will contend initiated or arranged the alleged conspiracy.

    c)  The date, place and act by which each Defendant and each un-arrested co-conspirator joined the alleged conspiracy.

    d)  The date and place of each Overt Act committed by each, in furtherance of the alleged conspiracy, and the parties or persons present.

    e)  The date and place each of the above, and any other Defendants or un-arrested co-conspirators terminated participation in the alleged conspiracy.

 f. State:

    a)  Each date and event upon which the Government intends to rely in its proof of the alleged conspiracy.

    b)  The date of the earliest documented evidence which the Government claims will connect or tend to connect each Defendant and un-arrested co-conspirator with the alleged conspiracy.

 WHEREFORE, the Defendant respectfully requests this Honorable Court to enter an Order in accordance with this Motion for Bill of Particulars and the specific facts requested herein.

Respectfully submitted,

FRANCIS J. CORNELY, ESQUIRE
15 Prioleau Street
Charleston, SC  29401
Telephone:  (843) 937-4090

*s/Francis J. Cornely*

_____
FRANCIS J. CORNELY
Federal ID Number:  5088

ATTORNEY FOR DEFENDANT

Charleston, South Carolina

February 28, 2022.