IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:2-CR-139 |
| | ) | |
| -versus- | ) | MOTION FOR EARLY DISCLOSURE |
| | ) | OF JENCK'S ACT MATERIAL |
| CORNELIUS WALKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the Defendant, Cornelius Walker, by and through his attorney, who respectfully moves this Honorable Court to order the Government to turn over to the Defendant and his counsel, any material subject to disclosure under 18 U.S.C. Section 3500, twenty (20) days prior to trial.

AS GROUNDS THEREFORE, the Defendant states early disclosure of this material is necessary to the adequate preparation of the defense to the charge and will not inconvenience the prosecution.

Respectfully submitted,

FRANCIS J. CORNELY, ESQUIRE
15 Prioleau Street
Charleston, SC  29401
Telephone:  (843) 937-4090

*s/Francis J. Cornely*
_____
FRANCIS J. CORNELY
Federal Identification No. 5088

ATTORNEY FOR DEFENDANT

Charleston, South Carolina

February 28, 2022